IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-78-BO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GEORGIA ANNETTE GREEN ) | |
| Debtor. ) | ORDER |
| ) | |
| ) | |
| ) | |

This cause comes before the Court on Bankruptcy Judge David M. Warren's recommendation of dismissal of appeal [DE 3]. For the following reasons, the recommendation is adopted and the case is dismissed.

Appellant, appearing *pro se*, noticed an appeal of the Bankruptcy Court for the Eastern District of North Carolina's Order dismissing her case. She did not file a designation of items to be included in the record of appeal, as required by Rule 8009 of the Federal Rules of Bankruptcy Procedure, nor did she pay the required filing fee. On April 25, 2018, the Bankruptcy Court notified her of these problems, but she did not rectify them. On May 15, 2018, Judge David M. Warren then recommended that her appeal be dismissed.

Appellant has not filed anything relating to her appeal either in this Court nor the Bankruptcy Court since noticing her appeal. Accordingly, this Court adopts the recommendation of the Bankruptcy Judge. The appeal is DISMISSED.

SO ORDERED, this *17* day of August, 2018.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE